

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tamiko Dale; Cindy Gutierrez <br><br> **Plaintiff,** <br> V. <br><br> Coast Community College District <br><br> **Defendant.** | Civil Action No.  17cv1031-GPC(BLM) <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Dismissal for Failure to Serve Pursuant to LR 4.1(b)

Date:    7/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Chapman
R. Chapman, Deputy